Under Penalty of Purgery
9-22-2012

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX.
FILED
2012 SEP 27 PM 2:23
DEPUTY CLERK

Motion:

Brett Matthew Lattin

VS

Federal Bureau of Prisons ET Al

1:12-CV-057-C
ELF

## Motion

I want to Supplement and Ammend the damages in this case TO $35,000,000.00 Thirty Five million Dollars.

I would also like to move to add The Following People to my list of Defendants

FCI Warden Texarkana
Unit Team leader Rosiek Texarkana
Case Manger Jones Texarkana

Reason for motion –

Continued Pain and Suffering caused by Unit team by not releasing me to my Halfway House.

9-22-2012                    Brett M. Lattin

Certificate of Service.

I will be sending today a copy of Service to all defendants General Delivery.

Brett M. Latlin

9-22-2012

RECEIVED
SEP 27 2012
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Clerk of Court,

I'm requesting an update on my suit. My mail has not all reached me over the last two months. Would you Please inform me of where my case stands and File the Following Motion

Thank you
Brett M Lattin

COMMITTED NAME: Brett Loftin
REG. NO. & QTRS.: 11493-091
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505-7000

SHREVEPORT LA 710
25 SEP 2012 PM 1 L

⇔11493-091⇔
Clerk Tx-Fed Dist Court
PO BOX 1218
Abilene, TX 79604
United States

RECEIVED
SEP 27 2012
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS